IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                      No. 2:12-cv-1107 KJN P

    vs.

DANNY KELVIN,

    Defendant.               ORDER

_____/

        Plaintiff is a state prisoner and consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed May 10, 2012, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so may result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit and a prison trust account statement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: June 20, 2012

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

dice1107.fpf