IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                      No. 2:12-cv-1107 KJN P

    vs.

DANNY KELVIN,

    Defendant.                <u>ORDER</u>

_____/

       Plaintiff is a state prisoner housed in Lancaster State Prison, and is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 15, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Danny Kelvin was returned unserved because the facility was "unable to locate a staff member by that name," and "per CDC locator, no listing." (ECF No. 23.) On February 12, 2013, plaintiff was directed to provide additional information to serve defendant Kelvin. However, on April 25, 2013, plaintiff filed a motion for judicial intervention, claiming that he has been unable to obtain the information by research, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or by writing to the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff seeks the court's assistance in locating defendant Kelvin, who was employed at High Desert State Prison in April of 2008.

1

In the complaint, plaintiff alleges, inter alia, that defendant "Danny Kelvin" was a correctional officer on duty at High Desert State Prison on April 9, 2008, as plaintiff was entering his job assignment in education, and on April 23, 2008, at 11:15 a.m., as plaintiff was exiting his job assignment in education; defendant Kelvin conducted a clothed body search of plaintiff on both these occasions. (ECF No. 1 at 3.) Plaintiff also claims that in February of 2009, plaintiff was interviewed by Lt. A. Amero surrounding the circumstances of defendant Kelvin's conduct. (ECF No. 1 at 11.)

The unexecuted service form reflects that prison officials checked the CDCR locator in an effort to locate defendant Kelvin, but were unable to identify an employee by the name of Danny Kelvin. In an abundance of caution, the court will seek the assistance of the Supervising Deputy Attorney General, Monica Anderson. The court requests that Ms. Anderson take all steps necessary to enlist the assistance from the CDCR to obtain defendant Kelvin's current address so that the court can direct the U.S. Marshal to serve process without further delay. Pursuant to this court's prior order, the United States Marshal "maintain[s] the confidentiality of all information provided by the CDCR pursuant to" that order. (ECF No. 21.) Therefore, Ms. Anderson may provide the U.S. Marshal with defendant Kelvin's current address, and notify the court that the address was provided. Once the court receives confirmation that the address was provided, the court will direct the U.S. Marshal to execute service of process. The court requests that the information be provided within thirty days from the date of this order.

Plaintiff is cautioned, however, that service of process must be effected within 120 days of the filing of the complaint unless plaintiff demonstrates good cause. Fed. R. Civ. P. 4(m). If a CDCR employee by the name of Danny Kelvin cannot be located, this action must be dismissed based on a failure to comply with Rule 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judicial intervention (ECF No. 26) is granted.

////

      2.  Supervising Deputy Attorney General Monica Anderson is requested to take all steps necessary to enlist the assistance from the CDCR to obtain defendant Kelvin's current address; within thirty days from the date of this order, Ms. Anderson is requested to provide the address to the U.S. Marshal and so inform the court.  If defendant Kelvin cannot be located, Ms. Anderson should so advise.

      3.  The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

      4.  Plaintiff is granted an additional ninety days in which to serve process on defendant Kelvin.

DATED: July 24, 2013

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

dice1107.8fb

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                            No. 2:12-CV-1107 KJN P

    vs.

DANNY KELVIN,                        NOTICE OF SUBMISSION

    Defendants.                     OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the _____
                              Complaint/Amended Complaint

DATED:

                              _____
                              Plaintiff