1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   JESSICA N. BLONIEN, State Bar No. 189137
    Supervising Deputy Attorney General
3   STANTON W. LEE, State Bar No. 203563
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 445-9921
6     Fax:  (916) 322-8288
      E-mail:  Stanton.Lee@doj.ca.gov
7   *Attorneys for Defendant Dennis Calvin*
    *(Incorrectly named as "Daniel Kelvin")*
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                           SACRAMENTO DIVISION
11

12

13  **BERLAN LYNELL DICEY,**                No. 2:12-cv-1107 KJN P

14                            Plaintiff,    **STIPULATION AND ORDER FOR
                                            VOLUNTARY DISMISSAL WITH
15          **v.**                          PREJUDICE**
                                            [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
16
    **DANIEL KELVIN,**
17
                            Defendant.
18

19

20          Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Berlan L. Dicey and

21  Defendant Dennis Calvin (erroneously sued as "Daniel Kelvin") stipulate to the voluntary

22  dismissal of this action with prejudice.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                            1

1    Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this

2  action.

3    IT IS SO STIPULATED.

4

5  Dated:  June 23, 2014    Respectfully submitted,

6    */s/ Berlan L. Dicey*

7    Berlan L. Dicey
    *Plaintiff Pro Se*
8

9

10  Dated:  June 18, 2014    KAMALA D. HARRIS
    Attorney General of California
    JESSICA N. BLONIEN
11    Supervising Deputy Attorney General

12

13    */s/ Stanton W. Lee*

14    STANTON W. LEE
    Deputy Attorney General
15    *Attorneys for Defendant Calvin*

16  SA2014114202
    11388443.doc
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order for Voluntary Dismissal with Prejudice  (2:12-cv-1107 KJN P)

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  July 9, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dice1107.dsm

3